Civil Action No. 4:25-cv-06235

# Exhibit “A”

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM HART | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-06235 |
| | § | |
| "HOME DEPOT"; AND HOME DEPOT, | § | |
| U.S.A., INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 11/20/2025 |
| B-3 | Civil Process Request | 11/20/2025 |
| B-4 | eIssue Citation | 11/21/2025 |
| B-5 | Declaration of Service | 12/19/2025 |
| B-6 | The Special Exceptions and Original Answer of Defendant | 12/19/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)